UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 14-CR–00222-SS-GFVT

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        **NOTICE OF FILING**

JAMES DUSTIN CHANEY                                                         DEFENDANT

\* \* \* \* \*

Comes the United States of America, by counsel, and submits the following Notice of Filing of a transcript of an interview between law enforcement agents and the above listed Defendant.

After proper authentication of the audiotape and proper authentication of the transcript by a witness, the United States intends to use the transcripts in accordance with Sixth Circuit Pattern Jury Instruction 7.17 which states:

> (1) You have heard some tape recordings that were received in evidence, and you were given some written transcripts of the tapes.
>
> (2)  Keep in mind that the transcripts are not evidence.   They were given to you only as a guide to help you follow what was beings said.   The tapes themselves are not evidence.   If you noticed any differences between what you heard on the tapes and what you read in the transcripts, you must rely on what you heard, not what you read.   And if you could not hear or understand certain parts of the tapes, you must ignore the transcripts as far as those parts are concerned.

The United States would request that the instruction be given prior to publication of the audiotape to the jury. Said audiotape and transcript have both been previously provided to defense counsel.

Respectfully submitted,

KERRY B, HARVEY
UNITED STATES ATTORNEY

By: s/ Roger W. West
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4895
FAX (859) 233-2658
Roger.West@usdoj.gov

**CERTIFICATE OF SERVICE**

On 15 October, 2015, I electronically filed this motion through the ECF system, which will send the notice of electronic filing to:

Hon. Mark Wohlander
*Attorney for James Dustin Chaney*

s/ Roger W. West
Assistant United States Attorney